**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

UNITED STATES       *

                   *

     v.         *      CRIM. NO.

SHONDA COLEMAN    *     19-CR-796

                   *

                   *

                *****

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING FOR FELONY PLEAS AND/OR SENTENCINGS

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

[X] That the proceeding(s) to be held today cannot be further delayed without serious harm to the interests of justice, for the following specific reasons:

Accordingly, the proceeding(s) held on this date may be conducted by:

[X] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

         [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

         [ ] Other:

Date: January 6, 2021

*s/Susan D. Wigenton*
Hon. Susan D. Wigenton
United States District Judge